IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                 Plaintiff,

        v.

MAURICE LARON HAYES,

                 Defendant.

ORDER

08-cr-26-bbc
09-cv-208-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On June 29, 2009, I denied defendant Maurice Laron Hayes's motion for post conviction relief under 28 U.S.C. § 2255 because I found that his counsel was not ineffective at his sentencing.  Now defendant has filed a motion for a certificate of appealability.  This certificate is a prerequisite for appeal of the denial of defendant's motion for post-conviction relief brought pursuant to 28 U.S.C. § 2255.  See 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22.

A certificate of appealability shall issue "only if the applicant has made a substantial showing of the denial of a constitutional right." § 2253(c)(2). Before issuing a certificate of appealability, a district court must find that the issues the applicant wishes to raise are ones that "are debatable among jurists of reason; that a court could resolve the issues [in a

1

different manner]; or that the questions are adequate to deserve encouragement to proceed further." <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 n.4 (1983).  "[T]he standard governing the issuance of a certificate of appealability is not the same as the standard for determining whether an appeal is in good faith.  It is more demanding."  <u>Walker v. O'Brien</u>, 216 F.3d 626, 631 (7th Cir. 2000).

Defendant continues to argue that his counsel was ineffective at sentencing.  In my June 29 decision, I carefully considered all of defendant's arguments that his counsel was ineffective.  I concluded that he had not shown that his counsel was ineffective according to <u>Strickland v. Washington</u>, 466 U.S. 668 (1984).  I found that his attorney acted properly and that defendant had not shown any prejudice because of his counsel's representation.  Therefore, defendant has not made a substantial showing of the denial of a constitutional right and I will deny his request for a certificate of appealability.

ORDER

IT IS ORDERED that defendant Maurice Laron Hayes's motion for a certificate of

2

appealability, dkt. #7, is DENIED.

Entered this 13th day of July, 2009.

BY THE COURT:

_____

BARBARA B. CRABB
District Judge